1  Plaintiff
   vem yenovkian ©®™ L.S
2  without prejudice, authorized autograph
   presenting VEM YENOVKIAN
3  c/o 8100 Lavender Heights Court
   Las Vegas, NV [89143]
4  without prejudice, all rights reserved
   Telephone 310 497 0650
5  Email vem5555@gmail.com

6  Defendant
   Petal Card Inc.
7  MSC – 166931
   P.O Box 105168
8  Atlanta, GA 30348-5168

9

10

11                **United States District Court**
                  **District of Nevada (Las Vegas)**

12

13   **Vem Yenovkian**            | Case No.: 2:24-cv-00026-APG-MDC

14                                  **AMENDED COMPLAINT**

15            **Plaintiff,**        **CAUSE  28:1346 Breach of Contract**
16       v.
                                    **COMPLAINT FOR RESTITUTION**
17   **PETAL CARD, INC**
                                    **COMPLAINT FOR RETURN OF**
18            **Defendant**         **OVERPAYMENTS DUE TO FRAUD**

19                                  **COMPLAINT FOR FRAUD**

20                                  **COMPLAINTS HARASSMENT,**
                                    **PERLOINING NEGOTIABLE**
21                                  **INTRUMENTS**

22                                  **JURY TRIAL DEMANDED**

23

24

25

26          **A NOTICE TO AGENTS IS NOTICE TO PRINCIPALS,**
27          **A NOTICE TO PRINCIPALS IS NOTICE TO AGENTS**

28

                                    I
            PLAINTIFF VEM YENOVKIAN COMPLAINT V. PETAL CARDS, INC.

1
2
3

**AMENDED COMPLAINT**

4
5

I, Vem Yenovkian, Seek to File an Amended complaint with the court for Case Number 2:24-cv-00026-APG-MDC.

6
7
8
9

All the facts, laws, and timelines in my original case filing still stand. I am simply amending the amount of compensatory damages herein. The compensatory Damages were $10,000,000 in my original filing.

10
11
12

In this Amended filing, I no longer seek compensatory damages. Rather, per this amended filing, I would like Restitution, or Restitutio ad integrum.

13
14
15
16
17
18

Petal Card, Inc. and I have a contract. In this contract, it states that Negotiable Instruments are a valid form of payment. I attached this Petal Card, Inc. Contract to this filing as EXHIBIT A1. Negotiable instruments are clearly defined within this contract as how payment to Petal Card, Inc. is made. The Definition of Negotiable Instrument is a signed document that promises a payment to a specified person or assignee.

19
20
21
22
23
24

In my original case filing, starting on page 4, I provide extensive details with the US Codes, Laws and Statutes, that explain what Negotiable Instruments are, and affirm that indeed I made lawful payment to Petal Cards, Inc., for the entire amount which was owed to them. For the avoidance of doubt, I have attached this same document and explanation, with all the pertinent US Codes, Laws and Statutes, as EXHIBIT A2

25
26
27
28

The payment I made to Petal Card, Inc., which should have Zeroed out my account, and thus averted this controversy, is attached in the Original Filing as EXHIBIT 3. For expediency sake, I attach the payment to Petal Card, Inc. here as EXHIBIT A3.

1  Furthermore, attached herein as EXHIBIT A4 is proof that this payment was mailed to Petal

2  Card, Inc., on January 5, 2024.

3

4  The document under EXHIBIT A3, EXHIBIT 3 in the original court filing under Case Number

5  2:24-cv-00026-APG-MDC, is an unconditional promise to pay. This document is written, it is

6  signed, it is an unconditional order to pay. These three elements define negotiable instruments.

7  Therefore, my payment should have been accepted as it is a lawful negotiable instrument. This

8  negotiable instrument, dated on January 5, 2024, should have reduced my balance to zero, but

9  Petal Card, Inc. has ignored my payment.

10

11

12  **SOUGHT REMEDIES AND RESTITUTIONS**

13

14  I seek the following remedies from this court:

15

16  1 - I would like Petal Card, Inc to accept my lawful payment, and thus to zero out my account.

17  This lawful payment can be found under EXHIBIT 3 of the Original Court Filing, and EXHIBIT

18  A3 attached to this filing.

19

20  2 - I am concerned that Petal Card, Inc. will continue to ignore my lawful payments, and / or

21  disrupt my account. I would like measurements put in place by the court to insure that Petal

22  Card, Inc. will:

23  a/ No longer ignore my lawful payment.

24

25  b/ Not disrupt the use of my card

26

27  The laws that I claim Petal Card, Inc. has breached in their contract with me include:

28

18 U.S. Code § 662, 18 U.S. Code § 2314, 15 U.S. Code § 1, 18 U.S. Code § 880, 18 U.S. Code § 657.

All these laws include fines and prison punishments for those who break said laws. I believe if the court were to notice Petal Card, Inc. that they would be held liable for the breach of said laws, then the bad behavior of Petal Card, Inc. will seize.

3 - Furthermore, I am concerned that Petal Card, Inc. will take retaliatory action by sending false and damaging information to credit card bureaus, and I ask this court to take actions to prevent such further fraud and damages to I.

I thank this court for its time.

Vem Yenovkian

# EXHIBIT A1

EXHIBIT A1

# The Petal 1 Visa® Credit Card Cardholder Agreement

You can request your specific Cardholder Agreement by calling customer support at 1-855-697-3825.

**Important Disclosures**

Rates, fees, and other important information about the Petal 1 VISA® Credit Card ("Card") are set forth in these Important Disclosures. The customized version of these Important Disclosures (the "Customized Disclosures") that we provide you prior to your first use of the Card or the related credit card account are part of the Petal 1 VISA® Credit Card Cardholder Agreement ("Agreement").

**Effective as of August 15, 2023**

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

## Interest Rates and Interest Charges

| | |
|---|---|
| **Annual Percentage Rate (APR) for Purchases** | **25.24% to 34.74%** when you open your account, based on your creditworthiness. After that, your APR will vary with the market based on the Prime Rate. |
| **How to Avoid Paying Interest on Purchases** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at consumerfinance.gov/learnmore |

## Fees

| | |
|---|---|
| **Annual Membership** | **None** |

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

| Fee | |
|---|---|
| **Transaction Fee** | |
| **Cash-Like Transaction** | **None** |
| **Foreign Purchases** | Either $10 or 3% of the amount of each transaction, whichever is greater. |
| **Penalty Fees** | |
| - **Late payment** | Up to $40 |
| - **Returned payment** | Up to $29 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)." See the Agreement for more details.

**Variable APR:** The APR on your Account will be determined each billing cycle by adding a margin to the Prime Rate(U.S.) as published in the Money Rates section of *The Wall Street Journal* on the second business day of the same month in which your billing cycle closes. The margin which will be added to the Prime Rate for purchases is 16.74% – 26.24%. As of August 15, 2023 the Prime Rate was 8.50%.

The issuer of the credit card program is WebBank. The information about the cost of the Card described in this table is accurate as of August 15, 2023. This information may change after that date. To find out what may have

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

changed, call or write the servicer, Petal Card, Inc., at 855-697-3825 or Petal Card, Inc., MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168.

**Arbitration Clause; Notices: PLEASE REVIEW THE ARBITRATION CLAUSE AND NOTICES SET FORTH IN EXHIBITS A-C OF THE AGREEMENT.**

**Petal 1 VISA® Credit Card**
**Cardholder Agreement**

**EXHIBIT A TO THE AGREEMENT IS AN ARBITRATION CLAUSE. UNLESS YOU ARE A "COVERED BORROWER" PROTECTED BY THE MILITARY LENDING ACT (THE "MLA") OR UNLESS YOU PROMPTLY REJECT THE ARBITRATION CLAUSE, IT WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS IN THE EVENT OF A DISPUTE, INCLUDING YOUR RIGHT TO BRING OR PARTICIPATE IN A CLASS PROCEEDING.**

This Agreement governs the Petal 1 VISA® credit card account ("Account") and related credit card ("Card") provided by WebBank, located in Salt Lake City, Utah (the "Bank"). This Agreement includes the important Disclosures we provided to you after approving you for the Account (the "Customized Disclosures"), the Arbitration Clause attached as Exhibit A, the Billing Error Rights Notice attached as Exhibit B, the State Notices attached as Exhibit C, your credit card application, and, as applicable, the Privacy Policy, and Risk-Based Pricing Disclosure. In this Agreement, the words "we," "us," and "our" mean the Bank, its successors and assigns, and, for purposes of the Arbitration Clause, the Related Parties identified in the Arbitration Clause. The words "you," "your", "yours" and "Cardholder" mean the person who applied for, received and accepted the Account from the Bank.

**1. Accepting this Agreement.** This Agreement becomes effective and legally binding when you activate your Card by following the instructions on the Activation page of www.petalcard.com or a Petal mobile application ("Petal Website"). You and we agree to comply with, and be bound by, this entire Agreement. You should retain and carefully review this entire Agreement, and sign your Card before using it. By completing your application for the Account (and unless you promptly reject the arbitration clause or are a "covered borrower" protected by the Military Lending Act), you agree to the Arbitration Clause even if you do not use the Account or the Card.

**2. Purchases.** You may use your Account to purchase or lease goods or services and make other transactions we permit (each, a "Purchase") by presenting your Card, or providing to participating merchants and establishments

The Petal 1 Visa® Credit Card Cardholder Agreement

## EXHIBIT A1

that honor the Card, your Card number and additional information you use to access your Account by any other means (for example, over the phone, online or through a mobile app). Cash-like transactions are purchases; provided, however, that additional terms and conditions may apply to cash-like transactions, as set forth in this Agreement. Examples of cash-like transactions include but are not limited to the following, to the extent they are accepted: the purchase of traveler's checks, foreign currency, and money orders; the purchase of or payment for lottery tickets, casino gaming chips, race track wagers, and similar offline and online betting transactions; payment for wire transfers, person-to-person money transfers, and account-funding transactions that transfer currency and the purchase of gift cards, to the extent permitted by law and applicable payment network rules; payment for bail bonds and to collection agencies; and making a payment using a third-party service, for including bill payment transactions not made directly with the merchant or their service provider.

You may not use your Card or Account to (i) transfer a balance from another credit account to your Account ("balance transfer"), (ii) obtain cash from an automated teller machine or other device available for such purpose, a financial institution, or other location, or (iii) purchase cryptocurrency or other similar digital or virtual currency. You agree that we may rely on information provided by merchants, payment processors, and your applicable payment network to categorize transactions among various types of purchases, balance transfers, and other types or categories of transactions, as well as by merchant category.

We reserve the right to deny any purchase for any reason, such as Account default, suspected fraudulent or unlawful activity, suspected violation of the terms of this Agreement, or any indication of increased risk related to the purchase. We will not be liable to you (or anyone else) for any losses you incur if we deny a purchase. We will not be liable to you (or anyone else) if any merchant or other person cannot or will not process a purchase permitted under this Agreement. Unless prohibited by applicable law, we may from time to time limit or restrict the type, number and dollar amount of any purchase, even if you have sufficient available credit to complete the purchase. We also may limit or restrict the merchants or terminals where you may use your Account or your Card. We may change these limits or restrictions from time to time in our sole discretion.

**3. Prohibited Uses of Account.** You agree that you will only use the Account for personal, family or household purposes and will not use the Account for any unlawful purpose. In any manner not permitted by this Agreement, or for the purpose of paying us on this or any other form of credit account you may have with us. If you use your Card for any such purpose, we may declare you to be in default under this Agreement and we may block such transactions and/or terminate your Account, but you still will be liable to us for all charges relating to such transactions and all other transactions on your Account at the time it is closed. Further, you agree that you will not allow any other person to use the Card or Account without our consent. However, your breach of any of these promises will not affect or limit your liability to us with respect to your purchases. If you authorize or allow any person to use your Account, such authorization will be deemed to extend to all purchases by such person, even if not intended by you, and will continue until you have taken all steps necessary to prevent any further use of the Account by such person, even if you have advised us that such person is no longer authorized to use the Account.

# EXHIBIT A1

**4. Promise to Pay.** You promise to pay us for all amounts charged to the Account, including all purchases, interest, and charges charged to your Account. You are obligated to repay us for all transactions made using your Card by people you have authorized to use the Card even if their use of the Card exceeds the authorization which you gave them.

**5. Credit Limit; Available Credit.**

(a) We have disclosed your initial credit limit in your approval email. We will disclose your then-current credit limit and available credit on each monthly statement we send you. We may increase or decrease your credit limit at any time, on our own initiative or at your request (if we accept such request). We may also close your Account or suspend your ability to use the Card at any time. We will provide any notice required by applicable law if we take any adverse action on your Account.

(b) At any time, your available credit equals the excess (if any) of your credit limit over your outstanding Account balance (including principal, fees, and interest charges). You agree not to attempt any purchase that exceeds your available credit. For purposes of determining your available credit, we do not give effect to any payment prior to the time we determine that the payment has been made with sufficient funds. Depending on your payment method, this may take up to 20 days. We are not required to approve any purchase if the amount of the purchase exceeds your available credit but we may authorize and pay any such purchase in our absolute discretion. Whenever the outstanding balance of the Account exceeds your credit limit, you agree to pay us the difference on demand unless and to the extent that we have reduced your credit limit below your pre-existing balance prior to the reduction.

**6. Monthly Statements.** We will send you a monthly statement shortly after the end of each monthly billing cycle with any activity, fee or interest charge or an ending debit or credit balance in excess of $1.00. However, we are not obligated to send you a monthly statement if we deem your Account to be uncollectible or applicable law does not require us to send you a monthly statement for other reasons. Your monthly statements will show, among other matters, the outstanding balance at the start and end of the billing cycle (that is, the "previous balance" and "new balance," respectively); purchases; payments, credits and adjustments; interest charges and fees; your credit limit and available credit; and the minimum payment due and payment due date.

**7. Interest Charges.**

(a) *General.* We use the "average daily balance (including new purchases)" method to calculate your interest charges. This means that, each billing cycle, we determine your interest charges by multiplying the average daily

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

balance (which is shown on your monthly statements as the "balance subject to interest rate") times the daily periodic rate and then by multiplying this amount by the number of days in the billing cycle.

**(b)** *Grace Period on Purchases.*

(i) If your Account balance is $0 at the beginning of a billing cycle or you pay the entire Account balance as of the beginning of a billing cycle by the payment due date that falls in such billing cycle, you get a "grace period" and will not be charged any interest charges for such billing cycle.

(ii) If you do not get a grace period for a billing cycle but you get a grace period for the immediately preceding billing cycle, we will not charge interest charges on purchases that were outstanding during such preceding billing cycle to the extent such purchases are paid by the payment due date that falls in the current billing cycle.

(iii) If you get a grace period on purchases for a billing cycle on account of a payment that is dishonored or reversed in the next billing cycle or a credit that is reversed in the next billing cycle due to the resolution of a billing dispute, we will charge you in the next billing cycle the interest charges you avoided in the prior billing cycle due to the dishonored or reversed payment or credit.

**(c)** *Interest Rates.*

(i) The daily periodic rate equals the APR divided by 365, rounded to the 6th decimal place.

(ii) The APR each billing cycle equals the sum of the Margin shown on your Customized Disclosures and the WSJ Prime Rate, determined as of the second business day (not weekends or federal holidays) of the same month in which your billing cycle closes (the "Determination Date"). Accordingly, the APR (and daily periodic rate) may vary each billing cycle. The "WSJ Prime Rate" is the highest U.S. Prime Rate as published in the "Money Rates" section of *The Wall Street Journal* on the Determination Date (or if *The Wall Street Journal* does not publish such rate on such day, the latest prior day it does publish such rate). (If *The Wall Street Journal* stops publishing the U.S. Prime Rate in its "Money Rates" section, then we may substitute another index and margin, in our sole discretion, subject to applicable law.) An increase or decrease in the WSJ Prime Rate will cause a corresponding increase or decrease in the variable APR. Notwithstanding the foregoing, the APR and daily periodic rate will never exceed the maximum rates permitted by applicable law.

(iii) Unless you qualify for a grace period (see subsection (b)), if and when the variable APR increases, more interest charges will accrue. This will result in higher and/or more payments if you pay the minimum payment due each month. Unless you qualify for a grace period, if and when the variable APR decreases, less interest charges will accrue. This will result in lower and/or fewer payments if you pay the minimum payment due each month.

**(d)** *Balances Subject to Interest Rate.*

(i) The average daily balance (also known as the balance subject to interest rate) equals the sum of the closing daily Account balances for each day of the billing cycle, divided by the number of days in the billing cycle.

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

(i) If you get a grace period for a billing cycle (see subsection (b)(i)), the Account balance is treated as $0 for each day in the billing cycle (and the average daily balance is $0). Otherwise, the closing balance for each day in the billing cycle is computed as follows:

(A) For each day (including the first day of the billing cycle), we start with the prior day's closing balance, if any.

(B) For the first day of the billing cycle, if you received a grace period for the immediately preceding billing cycle, we deduct all payments and credits applied to purchases and posted by the payment due date that falls within the current billing cycle.

(C) For each day in the billing cycle (including the first day of the billing cycle), we add any new purchases posted to your Account, we add the interest charges from the prior day (the prior day's closing balance times the daily periodic rate), add any fees charged that day, and subtract any payments or credits. However, we do not subtract a second time any payments or credits that have already been subtracted in step (B) above. (This method results in the daily compounding of interest charges.)

(D) We treat any negative daily balance as $0.

(e) *Interest Accrual Periods.* We charge interest charges over the following periods:

(i) If you get a grace period for the billing cycle in which the purchase is posted to the Account (the "Purchase Cycle") and for the next billing cycle (the "Next Cycle"), we charge no interest charges at all.

(ii) If you get a grace period for the Purchase Cycle but not for the Next Cycle, we charge interest charges from the first day of the Next Cycle through the earlier of: (1) the day the purchase is repaid in full; or (2) the day before the beginning of the first billing cycle that comes after the Next Cycle and for which you get a grace period (the "Interest End Date").

(iii) If you do not get a grace period for the Purchase Cycle, we charge interest charges from the day the purchase is posted to the Account through the Interest End Date.

**8. Fees. Subject to applicable law, including the federal Truth in Lending Act and Regulation Z, you agree to pay the following fees:**

(a) *Penalty fees.*

(i) Each time we do not receive the minimum payment due in full by the payment due date, we will charge you a late fee of $29.00 if we have not charged (or waived) a late fee within the six immediately preceding billing cycles. However, we will charge a late fee of $40.00 if we have already charged (or waived) a late fee within the

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

six immediately preceding billing cycles. We will never charge a late fee exceeding the minimum payment due that is late.

(ii) Each time a payment on your Account is returned or reversed for any reason or we must return any check or instrument you send us because it is not signed or is otherwise incomplete, we will charge you a returned payment fee of $29.00. However, we will not charge a returned payment fee if we are charging a late fee with respect to the same minimum payment due and will never charge a returned payment fee exceeding the minimum payment due that was due immediately prior to the date on which the payment was returned to us.

(b) *Transaction Fee for Purchases that are Cash-like Transactions.* We will charge you a fee for a purchase that is a cash-like transaction (a "Cash-Like Transaction Fee"). The amount of the Cash-Like Transaction Fee will be either $10 or 3% of the amount of each cash-like transaction, whichever is greater. We will add this fee to the purchase balance on your Account.

(c) *Additional fees.* We may charge fees for special services you request in accordance with applicable law.

**9. Limits on Interest, Fees and Charges.** It is not our intent to charge or collect any interest, fee or charge in excess of the amount permitted by applicable law. If any interest, fee or charge is finally determined to be in excess of the amount permitted by applicable law, we will credit the excess amount against the outstanding balance in your Account or refund it to you.

**10. Payments.**

(a) Each month, you must pay at least the minimum payment due shown on your monthly statement by the "cut-off time" on the payment due date shown on your monthly statement. The payment due date will be at least 25 days after the date of the monthly statement and will typically be on the same day of each calendar month. However, if the payment due date falls on a day we do not receive mail (a "non-business day"), we will not treat your payment by mail as late for any purpose if we receive it by the cut-off time on the next day we receive mail (a "business day"). The "cut-off time" is 8:00 p.m. Eastern Time for payments made online through the Petal Website or over the phone or 5:00 p.m. Eastern Time if you mail-in a payment by check or money order.

(b) If the new balance shown on your monthly statement for a billing cycle (the "Statement Cycle") is less than $25.00, the minimum payment due in the next billing cycle equals such new balance.

Otherwise, the minimum payment due equals:

- Any amount past due at the end of the Statement Cycle; plus
- The greater of:

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

(i) $25.00; or

(ii) 1% of such new balance (excluding any interest charges, late fees, and any amount past due,) plus interest charges for the Statement Cycle and any late fees.

(c) You agree to make all payments in U.S. dollars in accordance with our instructions online on the Petal Website, by phone or by a check or money order drawn on a financial institution located in the U.S. All payments by check or money order must be mailed or delivered to us at the payment address shown on the front of your monthly statement. We reserve the right to refuse any non-conforming payments. Any payments received after the cut-off time on a business day or received on a non-business day will be credited on the next business day. However, credit to your Account may be delayed for up to five days if we accept a check or money order that is not: (i) received by mail or messenger service at the payment address on your monthly statement; or (ii) accompanied by the top portion of your monthly statement. Delayed crediting or our refusal of your non-conforming payment may cause you to incur additional fees and interest charges, subject to applicable law.

(d) Subject to applicable law, we may apply payments and other credits to your Account in any manner we choose in our sole discretion. We will usually apply the minimum payment first to interest charges and then to balances. Although your minimum payment will be applied in any order at our discretion, payments in excess of the minimum payment will be applied to balances with the highest APR first and then to lower rate balances in descending order of APR. This means that balances with higher APRs are reduced before balances with lower APRs for any amount of your payment that is in excess of your minimum payment due.

(e) All credits for payments to your Card are subject to final payment by the institution on which the payment item was drawn. Depending upon the type of payment you make, your available credit may not be restored for up to 20 days after we receive a payment.

(f) You agree not to send us payments marked "paid in full," "without recourse" or with similar language. If you send such a payment, we may accept it without losing any of our rights under this Agreement, including our right to collect the full amount owed by you. All written communications concerning disputed amounts, including any check or other payment instrument that indicates that the payment constitutes "payment in full" of the amount owed or that is tendered with other conditions or limitations or as full satisfaction of a disputed amount, must be mailed or delivered to the Notice Address (as defined in Section 18), Attn: Disputed Payments.

**11. Prepayment.** At any time, you may pay all or any part of your outstanding Account balance, without penalty. Payment of more than the minimum payment due in one billing cycle will not relieve you of the obligation to pay the entire minimum payment due in subsequent billing cycles.

**12. Termination.** Subject to applicable law, we may suspend, revoke or cancel your Account privileges, your right to use the Card or deny any transaction, in our sole discretion at any time, with or without cause and with or

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

without giving you notice. Any termination of credit privileges, whether initiated by us or by you, will not affect any of our rights or your obligations under this Agreement, including your obligation to repay any amounts you owe us according to the terms of this Agreement. On our demand or upon termination of credit privileges, you agree to surrender to us or destroy the Card. If you attempt to use the Card after the termination of credit privileges (whether or not we have provided notice of such termination), the Card may be retained by a merchant, ATM or financial institution where you attempt to use the Card.

**13. Default.** Subject to applicable law, we may declare you to be in default under this Agreement if: (a) you fail to pay any minimum payment due on or before the payment due date; (b) you attempt to or do exceed your credit limit; (c) you make a payment that is dishonored or reversed; (d) you die or are declared legally or mentally incompetent; (e) a petition is filed or other proceeding is commenced by or against you under the Federal Bankruptcy Code or any other federal or state insolvency laws; (f) you become insolvent or unable to pay your debts; (g) you provide us with any false or misleading information; (h) you breach any of your other obligations under this Agreement; (i) you are in default of any other credit agreement you have with us or with Petal (as defined in Section 16); or (j) we have any reason to believe you are unwilling or unable to pay your debts.

**Idaho, Iowa, Kansas, Maine and South Carolina Residents Only:** We may declare you to be in default if you fail to make a payment as required by this Agreement (or within 10 days of the time required by this Agreement, for Iowa residents) or if the prospect of your payment or performance is significantly impaired (for Iowa residents, if, following an event of default, the prospect of your payment is materially impaired). We have the burden of establishing the impairment of such prospect of payment or performance.

**Wisconsin Residents:** We may declare you to be in default (a) if you permit to be outstanding an amount exceeding one full payment which has remained unpaid for more than 10 days after its scheduled due date or deferred due date, or if you fail to pay the first payment or last payment within 40 days of its scheduled due date or deferred due date or (b) if you fail to observe any other provision of this Agreement, the breach of which materially impairs your ability to pay the amounts due under the Agreement.

**14. Remedies.** In the event of your default under this Agreement, we may, subject to applicable law (including any applicable notice requirement): (a) declare all or any portion of your outstanding Account balance to be immediately due and payable; (b) instead allow you to repay your Account balance by paying the minimum payment due each billing cycle, without waiving any rights under subsection (a); and/or (c) commence a collection action against you and charge you for any court costs and/or any reasonable attorneys' fees and costs we are charged in connection with such action by any attorney who is not our salaried employee. After a default, interest charges will continue to accrue until your total Account balance, including accrued interest charges, is paid in full, subject to applicable law.

# EXHIBIT A1

**15. Delay in Enforcement.** We may at any time and in our sole discretion delay or waive enforcing any of our rights or remedies under this Agreement or under applicable law without losing any of those or any other rights or remedies. Even if we do not enforce our rights or remedies at any one time, we may enforce them at a later date. For example, we may accept late payments or payments that are marked "payment in full" or with other restrictive endorsements without losing any of our rights under this Agreement.

**16. Servicer.** Petal Card, Inc. ("Petal"), along with its partners and service providers, is the servicer of your Account and Card. In that capacity, Petal may act on our behalf, perform our obligations or enforce our rights under this Agreement.

**17. Communications and Call Recording.** You authorize WebBank and Petal (one of WebBank's service providers) and each of WebBank's and/or Petal's joint or independent affiliates, agents, assigns, and service providers (collectively, the "Messaging Parties") to use automatic telephone dialing systems, artificial or prerecorded voice message systems, text messaging systems and automated email systems, or any system capable of storing and dialing telephone numbers to deliver messages relating to this Agreement, your Account, or your relationship with the Messaging Parties more generally (including but not limited to: messages about , upcoming Payment Due Dates, missed payments and returned payments) to any telephone number(s) you provide to the Messaging Parties. You also agree that these messages may deliver prerecorded and/or artificial voice messages. You understand that telephone messages may be played by a machine automatically when the telephone is answered, whether answered by you or someone else, and that these messages may also be recorded by your answering machine. You also authorize the Messaging Parties to deliver messages to you via mail or email at any addresses you supply to them or that they obtain through any legal means.

You understand that anyone with access to your mail, telephone or email account may listen to or read the messages the Messaging Parties leave or send you, and you agree that the Messaging Parties will have no liability for anyone accessing such messages. You further understand that, when you receive a telephone call, text message or email, you may incur a charge from the company that provides you with telecommunications, wireless and/or internet services, and you agree that the Messaging Parties will have no liability for such charges except to the extent required by applicable law. You expressly authorize the Messaging Parties to monitor and record your calls with the Messaging Parties. If any telephone number you have provided to the Messaging Parties changes, or if you cease to be the owner, subscriber, or primary user of any such telephone number, you agree to immediately give notice to the Messaging Parties who delivered the messages of such facts so that the Messaging Party can update its records.

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

This authorization is part of our bargain concerning this Agreement, and we do not intend it to be revocable. However, to the extent you have the right to revoke your consent to communications by autodialed calls and text messages to your mobile number under applicable law, you may exercise this right by contacting the applicable Messaging Party directly or by sending a request by email to support@petalcard.com with the subject line "END COMMUNICATIONS." You may opt-out of receiving most of these messages at any time by sending us a request to support@petalcard.com or by responding "STOP" to any text message. To stop emails only, you can follow the opt-out instructions included at the bottom of the Messaging Parties' emails.

**18. Notices and Change in Information.** All notices to us must be sent to Petal Card, Inc., MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168, or such other address we subsequently provide you (the "Notice Address"). Attn: Notices (or as otherwise set forth in this Agreement). To the extent permitted by applicable law, any notice you send us will become effective after we have received it and had a reasonable opportunity to act on such notice. Any written or electronic correspondence we send to you will become effective when we send it to you at your mail address (or your email address if you have authorized electronic communications), in each case as it appears on our records. All bankruptcy notices and related correspondence to us may be sent to Petal Card, Inc., MSC – 166931, Attn: Bankruptcy Notice, P.O. Box 105168, Atlanta, GA 30348-5168. You must notify us of any changes to your name, mailing or email address, or cell phone number within 15 days of such change. You must notify us of changes to your mailing, email address or cell phone number by updating such information on the Petal Website. You must notify of us changes to your name by writing to the Notice Address, Attn: Name Change.

**19. Access to Financial Data.** While the Account is open, if any material financial accounts are linked to your Account, you must provide us and our service providers access to financial data by inputting your login credentials and linking such material financial accounts on the Petal Website. Access to your financial data does not give us the right to initiate a preauthorized transfer; we must obtain such authorization separately, and you are not required to provide us such authorization as a condition of opening or using this Card. You promise to keep login credentials up-to-date and to update the linked accounts on the Petal Website as login credentials change. We promise to use the information in linked accounts in compliance with our Privacy Policy and all applicable laws.

**20. Credit Reporting.** You authorize us to obtain information from you and to make whatever inquiries we consider necessary and appropriate (including requesting consumer reports from consumer reporting agencies and data from your bank, wealth manager or other financial services provider) in considering your Application and for any lawful purpose, including any updates, renewals or extensions of credit, reviewing or collecting your Account or determining your eligibility for future credit or other offers that we believe may be of interest to you. Upon your request to us, we will inform you of the name and address of any consumer reporting agency that

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

**21. Inaccurate Information.** You have the right to dispute the accuracy of information we have reported to a credit bureau. If you think any information about your Account that we have reported is incorrect, please write us at the Notice Address, Attn: Credit Reporting. Include your name, address, Account Number, phone number and a brief description of the issue, including the specific information you are disputing and the basis for your dispute. You may also contact us at the email on your statement. We will research your issue and will let you know if we agree or disagree with you, or if we have determined the dispute to lack merit. If we agree with you, we will contact the consumer reporting agency we reported to and request a correction.

**22. Identity Theft.** If you believe that you have been the victim of identity theft in connection with your Account or in connection with any other loan or extension of credit made by us, you can request an Identity Theft Form by calling toll free 1-855-697-3825 or writing to Petal at the Notice Address, Attn: Identity Theft. You should send us a police report and written statement in the form we provide you alleging that you are the victim of identity theft for a specific debt. Once we receive your documentation, we will cease debt collection activity until we have reviewed the materials, determined that the debt is still collectible, complied with all obligations described in the Billing Rights Notice below and sent you a written notice describing the basis for our determination.

**23. Military Lending Act.** Federal law provides important protections to members of the Armed Forces and their dependents ("Covered Borrowers") relating to extensions of consumer credit. In general, the cost of consumer credit to a Covered Borrower may not exceed an APR of 36%. This rate must include, as applicable to the credit transaction or account, the costs associated with credit insurance premiums, fees for ancillary products sold in connection with the credit transaction, any application fee charged (other than certain application fees for specified credit transactions or accounts) and any participation fee charged (other than certain bona fide and participation fees for a credit card account). To hear disclosures related to the Military Lending Act, please call this toll-free number: 1-800-213-5794.

The Arbitration Clause of this Agreement does not apply to you if you are a Covered Borrower nor do any provisions of the Agreement that waive any right to legal recourse under any state or federal law to the extent required by the Military Lending Act.

**24. Lost or Stolen Cards.** If your Card is lost or stolen or if you think someone may be using your Card or Account without your permission, you must notify us promptly by calling 1-855-697-3825. You will not be liable for any

12/2/23, 6:06 PM

The Petal | Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

unauthorized use that occurs after you notify us.  You may, however, be liable for unauthorized use that occurs before receipt of your notice by us.

**25. Governing Law.** Except as provided in the Arbitration Agreement below, this Agreement and your Account are governed by federal law and, to the extent state law applies, the laws of the State of Utah without regard to its conflicts of law principles.

**26. Severability.** Subject to the Arbitration Agreement: (a) if any part of this Agreement conflicts with applicable law, that law will control, and this Agreement will be considered changed to the extent necessary to comply with that law; and (b) if any part of this Agreement is determined by a court of competent jurisdiction to be invalid, the remainder of this Agreement will remain in effect.

**27. Bankruptcy.** You promise that you are not a debtor under any proceeding in bankruptcy, have not consulted a bankruptcy attorney in the past six months and have no current intention of filing a petition for relief under the United States Bankruptcy Code. All bankruptcy notices and related correspondence to us must be sent to Petal at the Notice Address, Attn: Bankruptcy Notice.

**28. Notice and Cure.** Prior to initiating a lawsuit or arbitration regarding a legal dispute or claim relating in any way to this Agreement, the Account or the Card (as more fully defined in the Arbitration Clause, a "Claim"), the party asserting the Claim (the "Claimant") must give the other party (the "Defending Party") written notice of the Claim (a "Claim Notice") in accordance with the notice provisions of this Agreement (see Section 18). Any Claim Notice you send must be addressed to the Notice Address, Attn: Legal Claim, and must provide your Account Number and phone number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. The Claimant must reasonably cooperate in providing any information about the Claim that the Defending Party reasonably requests and must give the Defending Party a reasonable opportunity, not less than 30 days, to resolve the Claim on an individual basis.

**29. Waiver of Right to Class Actions.** NO CLASS ACTIONS. YOU AGREE AND ACKNOWLEDGE THAT PURSUANT TO UTAH CODE ANN. § 70C-4-105 YOU ARE WAIVING YOUR RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION RELATED TO THIS AGREEMENT.

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

**30. Waiver of Right to Trial by Jury. YOU AND WE ACKNOWLEDGE THAT THE RIGHT TO TRIAL BY JURY IS A CONSTITUTIONAL RIGHT BUT MAY BE WAIVED IN CERTAIN CIRCUMSTANCES. TO THE EXTENT PERMITTED BY LAW. YOU AND WE KNOWINGLY AND VOLUNTARILY WAIVE ANY RIGHT TO TRIAL BY JURY IN THE EVENT OF LITIGATION ARISING OUT OF OR RELATED TO THIS AGREEMENT. THIS JURY TRIAL WAIVER SHALL NOT AFFECT OR BE INTERPRETED AS MODIFYING IN ANY FASHION THE ARBITRATION CLAUSE, WHICH CONTAINS ITS OWN SEPARATE JURY TRIAL WAIVER.**

**31. Entire Agreement.** You acknowledge that this Agreement constitutes the entire agreement between you and us with respect to the Account and the Card. This Agreement supersedes and may not be contradicted by evidence of any prior or contemporaneous written or oral communication or understanding between you and us concerning the Account or the Card. If we offer or provide rewards in connection with the Account, the disclosures relating to such rewards are separate and not part of this Agreement.

**32. Customer Privacy.** Our privacy policy is provided separately in accordance with applicable law and can be viewed online at https://www.petalcard.com/privacy-policy.

**33. Assignment.** We may at any time and without notice to you, sell, pledge or transfer this Agreement or any Account balances to any party at any time. If we do so, then the purchaser, pledgee or transferee will succeed to all our applicable rights and responsibilities. You may not assign or transfer this Agreement or any of your rights and obligations under this Agreement. Any such assignment or transfer by you will be void.

**34. Change of Terms.** Subject to applicable law, we may at any time change, add to or delete terms and conditions of this Agreement, including interest rates and this Change of Terms provision. Such changes may be based on our anti-fraud policies and procedures, your level of compliance with this Agreement, your credit score, other information contained in your credit report, prevailing economic conditions and/or any other factors. We will give you notice of any change, addition or deletion as required by applicable law. As of the effective date, the changed terms, at our option, will apply to new purchases and the outstanding balances of your Account, to the extent permitted by applicable law.

**35. Special Offers and Payment Plans.** At our discretion, we may make special offers to you at any time. Such offers may apply to all purchases or balances on your Account, or only to some purchases or balances. We will provide to you the terms of any special offer and tell you how they differ from this Agreement. Except as provided in any special offer, the rest of this Agreement will still apply to your Account. These offers may include payment

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

**Petal**    Cards ˅    About    App                                                Login

plans and skip payment offers. We may make special offers to certain cardholders and not others based on eligibility criteria established in our sole discretion. The availability of such an offer to certain cardholders shall not require that the offer be made available to all cardholders.

**36. Recurring Purchases.** You may authorize a merchant to initiate purchases on a recurring basis to your Account. Upon the issuance by us of a new Card with a new Account number or expiration date, you may need to provide the merchant with such updated information in order to continue the recurring transactions. However, you authorize us to provide updated information to the merchant at our discretion. You must contact the merchant if you want to cancel automatic billing.

**37. Check Conversion Notification; Electronic Check Re-Presentment.** If you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. When we use information from your check to make an

**38. Foreign Currency Transactions.** If you make a transaction using your Account in a foreign currency (including, for example, online purchases from a merchant located outside of the U.S.), the credit card association will convert any transaction in foreign currency into U.S. dollars using an exchange rate for the applicable central processing date that is (1) selected by the association from the range of rates available in wholesale currency markets, which rate may vary from the rate the association receives, or (2) the government mandated rate. The conversion rate you get may differ from the rate on the transaction date or the posting date, and from the rate that the credit card association gets. A merchant or other third party may convert a transaction into U.S. dollars or another currency, using a rate they select, before sending it to the credit card association.

**39. Headings.** The section headings of this Agreement are inserted only for convenience and are in no way to be construed as substantive parts of this Agreement.

## ARBITRATION CLAUSE—EXHIBIT A

We have put this Arbitration Clause ("Clause") in question and answer form to make it easier to understand.

The Petal 1 Visa® Credit Card Cardholder Agreement

## EXHIBIT A1

However, this Clause is part of this Agreement and is legally binding. For purposes of this Clause, our Notice Address is: Petal Card, Inc., **Attn: Petal Legal Department, MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168.**

**Background and Scope**

.

**What is arbitration?**

**An alternative to a court case**

In arbitration, a third party arbitrator ("TPA") resolves "Claims" (as defined below) in a hearing. It is less formal than a court case.

**Is it different from court and jury trials?**

**Yes**

The hearing is private. There is no jury. It is usually less formal, faster and less expensive than a lawsuit. Pre-hearing fact finding (called "discovery") is limited. Appeals are limited. Courts rarely overturn arbitration awards.

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

| What is this Clause about? | The parties' agreement to arbitrate Claims | Unless you are a member of the Armed Forces or a dependent of such a member, protected by the MLA (a "Covered Borrower") or unless you opt out, you and we agree that any party may elect to arbitrate or require arbitration of any "Claim" as defined below. |
|---|---|---|
| Can you opt-out of this Clause? | Yes, within 30 days | If you do not want this Clause to apply, you must send us a signed notice within 30 calendar days after you agree to this Agreement. You must send the notice in writing (and not electronically) to our Notice Address, Attn. Arbitration Opt-Out Notice. Provide your name, address and date. State that you "opt out" of the arbitration clause. |

EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

## Who does the Clause cover?

**You, us, Petal and certain "Related Parties"**

This Clause governs you, us and our "Related Parties":

(1) Petal; (2) our and Petal's parents, subsidiaries, affiliates, assigns and successors;

(3) employees, directors, officers, shareholders, members and representatives of ours or such other entities; and (4) any person or company that is involved in a Claim you pursue at the same time you pursue a related Claim against the Bank or Petal.

However, this Clause does not apply if you are a Covered Borrower.

## What Claims does the Clause cover?

**All Claims (except certain Claims about this Clause)**

This Clause governs all "Claims" that would usually be decided in court and are between the Bank or any Related

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

Party and you. In this Clause, the word "Claims" has the broadest reasonable meaning. It includes contract and tort (including intentional tort) claims and claims under constitutions, statutes, ordinances, rules and regulations. It includes all claims even indirectly related to the Card or Account, your application for the Account, this Agreement or our relationship with you. It includes claims related to collections, privacy and customer information. It includes claims related to the validity in general of this Agreement. However, it does not include Claims about the validity, coverage or scope of this Clause or any part of this Clause. All such Claims are for a court and not the TPA to decide.

**Who handles the arbitration?**

**Usually AAA or JAMS**

Arbitrations are conducted under this Clause and the rules of the arbitration

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

company in effect at the time the arbitration is commenced. However, arbitration rules that conflict with this Clause do not apply. The arbitration company will be either:

-- The American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor, New York, NY 10019, www.adr.org.

-- JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com.

-- Any other company picked by agreement of the parties.

If all the above options are unavailable, a court will pick the arbitration company. No arbitration brought on a class basis may be administered without our consent by any arbitration company that would permit class arbitration under this Clause. The TPA will be selected under

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

| | | |
|---|---|---|
| | | the arbitration company's rules. |
| | | However, the arbitrator must be a |
| | | lawyer with at least ten years of |
| | | experience or a retired judge unless |
| | | you and we otherwise agree. |
| **Can Claims be brought in court?** | **Sometimes** | You or we may bring a lawsuit if the |
| | | other party does not demand |
| | | arbitration. We will not demand |
| | | arbitration of any lawsuit you bring as |
| | | an individual action in small-claims |
| | | court. However, we may demand |
| | | arbitration of any appeal of a small- |
| | | claims decision or any small-claims |
| | | action brought on a class basis. |
| **Are you giving up any rights?** | **Yes** | For Claims subject to this Clause, you |
| | | give up your right to: |

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

1. Have juries decide Claims.

2. Have courts, other than small-claims courts, decide Claims.

3. Serve as a private attorney general or in a representative capacity.

4. Join a Claim you have with a Claim by other consumers.

5. Bring or be a class member in a class action or class arbitration.

We also give up the right to a jury trial and to have courts decide Claims you wish to arbitrate.

**Can you or another consumer start class arbitration?**

**No**

The TPA is not allowed to handle any Claim on a class or representative basis. All Claims subject to this Clause must be decided in an individual

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

arbitration or an individual small-claims action. This Clause will be void if a court rules that the TPA can decide a Claim on a class basis and the court's ruling is not reversed on appeal.

## What happens if part of this Clause cannot be enforced?

**It depends.**

If any portion of this Clause cannot be enforced, the rest of this Clause will continue to apply, except that:

(A) If a court rules that the TPA can decide a Claim on a class or other representative basis and the court's ruling is not reversed on appeal, only this sentence will apply and the remainder of this Clause will be void.

**AND**

(B) If a party brings a Claim seeking public injunctive relief and a court determines that the restrictions in this Clause prohibiting the TPA from

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

awarding relief on behalf of third parties are unenforceable with respect to such Claim (and that determination becomes final after all appeals have been exhausted), the Claim for public injunctive relief will be determined in court and any individual Claims seeking monetary relief will be arbitrated. In such a case the parties agree to request that the court stay the Claim for public injunctive relief until the arbitration award pertaining to individual relief has been entered in court.

In no event will a Claim for class relief or public injunctive relief be arbitrated.

## What law applies?

**The Federal Arbitration Act ("FAA")**

This agreement involves interstate commerce. Thus, the FAA governs this Clause. The TPA must apply substantive

EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

law consistent with the FAA. The TPA must honor statutes of limitation and privilege rights. Punitive damages are governed by the constitutional standards that apply injudicial proceedings.

**Will anything you do make this Clause Ineffective?**

No

This Clause stays in force even if: (1) this Agreement ends; or (2) we transfer or assign our rights under this Agreement.

**Process.**

**What must a party do before starting a lawsuit or arbitration?**

**Send a written Claim Notice and work to resolve the Claim**

Before starting a lawsuit or arbitration, the Claimant must comply with Section

# EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

28 of this Agreement, captioned

"Notice and Cure."

## How does arbitration start?

### Mailing a notice

If the parties do not reach an agreement to resolve the Claim within 30 days after notice of the Claim is received, the Complaining Party may start a lawsuit or arbitration, subject to the terms of this Clause. To start arbitration, the Complaining Party picks the arbitration company and follows the arbitration company's rules. If one party starts or threatens a lawsuit, the other party can demand arbitration. This demand can be made in court papers. It can be made if a party starts a lawsuit on an individual basis and then tries to pursue a class action. Once an arbitration demand is made, no lawsuit can be brought and any existing lawsuit must stop.

# EXHIBIT A1

**Will any hearing be held nearby?**

**Yes**

The TPA may decide that an in-person hearing is unnecessary and that he or she can resolve a Claim based on written filings and/or a conference call. However, any in-person arbitration hearing must be held at a place reasonably convenient to you.

**What about appeals?**

**Very limited**

Appeal rights under the FAA are very limited. The TPA's decision will be final and binding, except for any FAA appeal right. Any appropriate court may enter judgment upon the arbitrator's award.

EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

| | | |
|---|---|---|
| **Do arbitration awards affect other disputes?** | **No** | No arbitration award involving the parties will have any impact as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have any impact in an arbitration between the parties to this Clause. |
| **Arbitration fees and Awards.** | | |
| **Who bears arbitration fees?** | **Usually, we do** | We will pay all filing, administrative, hearing and TPA fees if you act in good faith, cannot get a waiver of such fees and ask us to pay. |
| **When will we cover your legal fees and costs?** | **If you win** | If you win an arbitration, we will pay your reasonable fees and costs for attorneys, experts and witnesses. We |

EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

| | | |
|---|---|---|
| | | will also pay these amounts if required under applicable law or the arbitration company's rules or if payment is required to enforce this Clause. The TPA shall not limit his or her award of these amounts because your Claim is for a small amount. |
| **Will you repay us for arbitration or attorneys' fees?** | **Only for bad faith** | The TPA can require you to pay fees incurred by us if (and only if): (1) the TPA finds that you have acted in bad faith (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)); and (2) this power does not make this Clause invalid. |
| **Can a failure to resolve a Claim in formally result in a** | **Yes** | You are entitled to an arbitration award of at least $5,000 if: (1) you give us notice of a Claim on your own behalf |

EXHIBIT A1

larger recovery for you?

The Petal 1 Visa® Credit Card Cardholder Agreement

(and not on behalf of any other party) and comply with all of the requirements of this Clause (including the requirements described in response to the question reading "What must a party do before starting a lawsuit or arbitration?"); and (2) the TPA awards you money damages greater than the last amount you requested at least ten days before the arbitration commenced. This is in addition to the attorneys' fees and expenses (including expert witness fees and costs) to which you are otherwise entitled. This $5,000 minimum award is a single award that applies to all Claims you have raised or could have raised in the arbitration. Multiple awards of $5,000 are not contemplated by this Clause. Settlement demands and offers are strictly confidential. They may not be used in any proceeding by either party except to justify a minimum recovery of $5,000.

EXHIBIT A1

The Petal 1 Visa® Credit Card Cardholder Agreement

**Can an award be explained?**

Yes

A party may request details from the TPA, within 14 days of the ruling. Upon such request, the TPA will explain the ruling in writing.

**BILLING–ERROR RIGHTS NOTICE—EXHIBIT B**

*This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.*

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:

WebBank, c/o Petal Card, Inc., MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168, Attn: Billing Dispute.

You also may send us an email to support@petalcard.com with the subject line "DISPUTE".

In your letter, give us the following information:

• Account information: Your name and account number.

• Dollar amount: The dollar amount of the suspected error.

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

• Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

• Within 60 days after the error appeared on your statement.

• At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

## What Will Happen After We Receive Your Letter

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.

2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

• If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.

• If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

## Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. To the extent we offer them, purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:

WebBank, c/o Petal Card, Inc., MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168, Attn: Billing Dispute.

You also may send us an email to support@petalcard.com with the subject line "DISPUTE".

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

## STATE NOTICES—EXHIBIT C

**Residents of All States:** NOTICE TO THE APPLICANT - 1. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS BLANK SPACES. 2. YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS CREDIT AGREEMENT AND AN EXACT COPY OF THE PAPER YOU SIGN. 3. YOU MAY AT ANY TIME PAY MORE THAN THE MINIMUM PAYMENT, OR YOUR ENTIRE BALANCE IN FULL WITHOUT INCURRING ANY ADDITIONAL CHARGE FOR PREPAYMENT.

# EXHIBIT A1

**Cardmembers:** Your signature (including any digital or electronic signature), address and the date on the application, or other evidence of indebtedness, or your acceptance of this Agreement through an electronic transmission to us represents your signature, address and the date on this Agreement, which are incorporated herein by reference.

**Residents of All States, including California, New York, Rhode Island, Utah and Vermont:** You give us and our agents, successors, and assigns permission to access your credit report in connection with any transaction, or extension of credit, and on an ongoing basis, for the purpose of reviewing this Account, taking collection action on this Account, or for any other legitimate purposes associated with this Account. Upon your request, you will be informed of whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Residents of All States, including Iowa, Maine, Missouri, Nebraska, Oregon, Texas, Utah and Washington:** ORAL AGREEMENTS OR COMMITMENTS TO LOAN MONEY, EXTEND CREDIT OR TO FORBEAR FROM ENFORCING REPAYMENT OF A DEBT, INCLUDING PROMISES TO EXTEND OR RENEW SUCH DEBT, ARE NOT ENFORCEABLE. TO PROTECT YOU (BORROWER) AND US (CREDITOR) FROM MISUNDERSTANDING OR DISAPPOINTMENT, ANY AGREEMENTS WE REACH COVERING SUCH MATTERS ARE CONTAINED IN THIS WRITING, WHICH IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN US, EXCEPT AS WE MAY LATER AGREE IN WRITING TO MODIFY IT.

**California Residents:** Married applicants may apply for separate accounts.

**Delaware, Maryland and Oregon Residents:** Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month. You may pay more than the minimum payment due, up to your entire outstanding balance, at any time.

**Idaho Residents:** We will not seek to collect attorneys' fees in situations where the principal balance is $1000.00 or less.

**Illinois Residents:** (a) No applicant may be denied a credit card on account of race, color, religion, national origin, ancestry, age, sex, marital status, physical or mental handicap unrelated to the ability to pay or unfavorable discharge from military service; (b) the applicant may request the reason for rejection of his or her application for a credit card; (c) no person need reapply for a credit card solely because of a change in marital status unless the change in marital status caused a deterioration in the person's financial position; and (d) a person may hold a credit card in any name permitted by law that he or she regularly uses and is generally known by, so long as no fraud is intended thereby.

The Petal 1 Visa® Credit Card Cardholder Agreement

# EXHIBIT A1

**Maryland Residents:** You have the right under Section 12-510 of the Commercial Law Code to receive an answer to a written inquiry concerning the status of your Account. Finance charges will be imposed in amounts or at rates not in excess of those permitted by law.

**New Hampshire Residents:** You shall be awarded reasonable attorney's fees if you prevail in any legal action you bring against us or we bring against you. If you successfully assert a partial defense, set-off or counterclaim against us in an action we bring against you, the court or arbitrator may withhold from us the entire amount or such portion of the attorney's fees as it considers equitable. You or your attorney may file a complaint with the New Hampshire Commissioner of Banking, State of New Hampshire Banking Department, 53 Regional Drive, Suite 200, Concord NH 03301. Instructions for filing complaints can be found on the Commissioner's website at www.nh.gov/banking/consumer-assistance/complaint.htm.

**New Jersey Residents:** Because certain provisions of the Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable to New Jersey residents. The section headings in this Agreement serve as a Table of Contents and not contract terms.

**New York Residents:** New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-342-3736, or on the web at www.dfs.ny.gov.

**Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Washington Residents:** In accordance with the Revised Code of Washington Statutes, Section 63.14.167, you are not responsible for payment of interest charges that result solely from a merchant's failure to transmit to us within seven working days a credit for goods or services accepted for return or forgiven if you have notified us of the merchant's delay in posting such credit, or our failure to post such credit to your account within three working days of our receipt of the credit.

**Married Wisconsin Residents:** If you are married: (i) you confirm that this Account is being incurred in the interest of your marriage or family; (ii) no provision of any marital property agreement, unilateral statement, or court decree under the Wisconsin Marital Property Act will adversely affect a creditor's interest unless, before the time credit is granted, the creditor is furnished a copy of that agreement or decree or is given complete information about the agreement or decree; (iii) you understand and agree that we will provide a copy of this Agreement to your spouse for his or her information. If the Account for which you are applying is granted, you will notify us if you have a spouse by sending your name and your spouse's name and address to us at **WebBank, c/o Petal Card, Inc., MSC – 166931, P.O. Box 105168, Atlanta, GA 30348-5168.**

**Married Wisconsin Residents:** If you are applying for individual credit or joint credit with someone other than your spouse, and your spouse also lives in Wisconsin, combine your financial information with your spouse's

# EXHIBIT A2

## EXPLANATION OF LAWS

The following section explains the laws that justify my lawful position. There are a number of laws and history behind this matter. I have broken down the process step by step, including all US Codes and Statutes pertaining to this matter, and all legal Definitions.

## IN SUMMARY

As you will read below, the entire process that Petal Card, Inc. tried to force upon me has non basis in law. I followed the lawful process completely, yet they ignored my payments and took adverse actions to force me into an unlawful process, via figurative gunpoint.

## A FEDERAL RESERVE "NOTE"

To understand what a federal reserve note is, we need to look at the definitions within the Bill of Exchange Act of 1882.

The Bill of Exchange Act of 1882:

*Interpretation of terms.*
*In this Act, unless the context otherwise requires,—*
- *"Acceptance" means an acceptance completed by delivery or notification.*
- *"Action" includes counter claim and set off.*
- *"Banker" includes a body of persons whether incorporated or not who carry on the business of banking.*
- *"Bankrupt" includes any person whose estate is vested in a trustee or assignee under the law for the time being in force relating to bankruptcy.*
- *"Bearer" means the person in possession of a bill or note which is payable to bearer.*
- ***"Bill" means bill of exchange, and "note" means promissory note.***
- *"Delivery" means transfer of possession, actual or constructive, from one person to another.*
- *"Holder" means the payee or indorsee of a bill or note who is in possession of it, or the bearer thereof.*
- *"Indorsement" means an indorsement completed by delivery.*
- *"Issue" means the first delivery of a bill or note, complete in form to a person who takes it as a holder.*
- *"Person" includes a body of persons whether incorporated or not.*

*[F1"postal operator" has the meaning given by [F2section 27 of the Postal Services Act 2011].]*

- *"Value" means valuable consideration.*
- *"Written" includes printed, and "writing" includes print.*

As stated above, "Bill" means "bill of exchange", and "note" means "promissory note." Therefore, an instrument with the word note on it means promissory note, and therefore, a Federal Reserve Note is a promissory note.

## WHAT IS A PROMISSORY NOTE?

There's a body of law called the Uniform Commercial Code. Article of the Uniform Commercial Code (UCC) talks about the definition of a promissory note.

### *§ 3-104. NEGOTIABLE INSTRUMENT.*

*(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:*

> *(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:*

*(1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;*

*(2) is payable on demand or at a definite time; and*

*(3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.*

*(b) "Instrument" means a negotiable instrument.*

*(c) An order that meets all of the requirements of subsection (a), except paragraph (1), and otherwise falls within the definition of "check" in subsection (f) is a negotiable instrument and a check.*

*(d) A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this Article.*

*(e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.*

*(f) "Check" means (i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order."*

*(g) "Cashier's check" means a draft with respect to which the drawer and drawee are the same bank or branches of the same bank.*

*(h) "Teller's check" means a draft drawn by a bank (i) on another bank, or (ii) payable at or through a bank.*

*(i) "Traveler's check" means an instrument that (i) is payable on demand, (ii) is drawn on or payable at or through a bank, (iii) is designated by the term "traveler's check" or by a substantially similar term, and (iv) requires, as a condition to payment, a countersignature by a person whose specimen signature appears on the instrument.*

*(j) "Certificate of deposit" means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.*

As stated above, the definition of Promissory Note, according to UCC Article 3, is:

- It must be signed by the maker or drawer.
- It must contain an unconditional promise (promissory notes) or order (checks) to pay a sum without any other promise, order, obligation, or power given by the maker or drawer except as authorized by UCC Article 3.

According to these lawful definitions, a check is not a rectangular piece of paper. It's simply an order to move funds or to pay funds.

A proper description would be that A promissory Note is for the credit side, when an unconditional promise is made.

A check is the debit side, and when you use your ecard, you credit card, you are creating a promissory note.

For the avoidance of doubt, a promissory note is also a security once it is created. This is further defined in the laws below.

> Security definition, Blacks Law Dictionary 10 Edition
> *A security is "[a]n instrument that evidences the holder's ownership rights in a firm (e.g.. a stock), the holder's creditor relationship with a firm or government (e.g., a bond), or the holder's other rights (e.g.. an option)." Black's Law Dictionary, 10th ed.*
>
> *Public Securities, Blacks Law Dictionary, 4th edition*
> *Bonds, notes, certificates of indebtedness, and other negotiable or transferable instruments evidencing the public debt of a state or government.*
>
> *The term "security" is defined broadly to include a wide array of investments. such as stocks, bonds, notes, debentures, limited partnership interests, oil and gas interests, and investment contracts.*

Therefore, whenever you use your credit card, you're doing a promissory note transaction, promising to make a payment sometime in the future, which is also the creation of a security, which is also defined as the creation of a Negotiable Instrument, which is also a promissory note.

> *§ 3-104. NEGOTIABLE INSTRUMENT states that a "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise order...*

If you look on your check, there is a signature line, which is also an endorsement line. An Endorsement is:

*Endorsement (Blacks law Dictionary 4th Edition Definition) - instructions or approval to release or exchange the instrument*

If you're the holder, you're in control of the instrument and your signature is the release of that instrument.

On a check, you can write "Pay to the order of Bearer", and that check then transforms into cash. Anyone can take and use that negotiable instrument that you manufactured. By endorsing it with "Pay to the order of Bearer", you have created currency.

## TENDER

Tender is also an important terminology in the use of negotiable interments.

*Blacks Law 4th Edition defines Tender as:*
1. The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract.
2. An offer of money; the act by which one produces and offers to a person holding a claim or demand against him the amount of money which he considers and admits to be due, in satisfaction of such claim or demand, without any stipulation or condition.

As Blacks Law Dictionary states, Tender is "The offer of performance, not performance itself."

Therefore, by these legal definitions, Petal Card, Inc., by "unjustifiably refusing" the "offer of performance" of i, was in "default" and thereby now permits the "party making tender to exercise remedies for breach of contract."

Most people believe when they hear the word default, that it explicitly encompasses when you fail to pay a bill. But that is not true according to these legal definitions. Default also refers to the other party when they fail to accept this payment which was tendered, which is legal payment.

Therefore, Petal Card, Inc. is in default on multiple levels.

1 - They did not accept my payment.

2 - They closed off my credit card account.

3 - They did not submit mandatory fees they owe i, despite being noticed twice.

4 - They used crimes like harassment and purloining to force me into an unlawful process, which goes against their legal obligation.

5 - Until today, Petal Card, Inc. is in default, because my credit card account is still closed off, despite i having made payment for the entirety of the credit card invoice.

Additionally, the word tender comes before acceptance. To tender means offer without condition, and then they are supposed to accept this unconditional offer, which did not occur. The regulations of the Federal Reserve further elaborate on this topic, which you can find below.

## WHAT IS PAYMENT?

Most people think payment means that you send in Federal Reserve notes, which has absolutely nothing to do with the word payment.

> Black's Law 4th Edition states that the definition of payment is "The fulfillment of a promise or the performance of an agreement."

The agreement that you have with your mortgage and your credit card company, and nearly everything else, is all based off of a bill of exchange, because if you look at the Bill of Exchange Act, "Bill" means "Bill of Exchange," and "Note" means "Promissory Note."

So what the credit card company is doing is they're sending you a bill of exchange at the end of the month. The job of i is to perform the banking requirements of the bill of exchange, as per the Bill of Exchange Act, which has absolutely nothing to do with sending in Federal Reserve notes.

By these legal definition, the entire process and actions of Petal Card, Inc. is a complete and utter fraud.

Making payment with federal reserve notes to Petal Card, Inc. is not what the process is about. That's not what the law says, yet Petal Card, Inc. put me at a figurative gunpoint wanting to me to follow the process that is not the lawful way of doing things.

In fact, every time I'm making payments to Petal Card, Inc. using Federal Reserve Notes, by these legal definitions, I am failing the performance of the agreement.

Every single time I use my credit card, I am producing a promise to pay.

With a credit card, an EMV chip, which has the users digital signature, suffices for producing a promissory note per the law and per the cardmember agreement.

There are three things that that promissory note has to have in order to be considered a promissory note.
1 - It has to be an unconditional promise to pay.
2 - It has to be written or digitally written.

3 - It has to be unconditional promise to pay. It can't be conditional.

So every time one uses their credit card, there's an unconditional promise to pay associated with that transaction.

## SECURITIES

When you are using your credit card, you are actually manufacturing a security or securities.

When its a credit card transaction, the definition of the word "receipt" is proof that currency has been manufactured, or proof that securities have been manufactured. In short, The receipt is proof that you have manufactured a security.

When you pay with Federal Reserve notes, it's different because you're giving them a promissory note or a security that already existed. You're not manufacturing it out of thin air in that moment. Therefore, a Federal Reserve note is more like paying with a check. They are extremely similar in this regard.

As stated above, when a check is payable to the bearer, thats essential a Federal Reserve Note.

In credit transaction, you're manufacturing these securities out of thin air live, right there. You're bringing currency into the world that didn't exist prior to the point.

## PERFORMANCE

The first part of performance is the holder of said currency deciding if they want to pay with a Federal Reserve Note.

> *§ 3-603. TENDER OF PAYMENT.*
>
> *Primary tabs*
>
> *(a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.*
>
> *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

*(c) If tender of payment of an amount due on an instrument is made to
a person entitled to enforce the instrument, the obligation of the obligor
to pay interest after the due date on the amount tendered is discharged.
If presentment is required with respect to an instrument and the obligor is
able and ready to pay on the due date at every place of payment stated in
the instrument, the obligor is deemed to have made tender of payment on
the due date to the person entitled to enforce the instrument.*

In summary, Tender of payment is an unconditional offer that has to do with performing some sort of agreement or obligation.

In section B of the above law, if someone offers to perform on some sort of obligation or contract, and that performance is refused, then however much is the promissory note or security that was offered and not accepted, that amount would be discharged to the extent of the amount of the tender. So if the holder offered $4500, and $4500 was refused, then $4500 could be discharged, by law, from that account.

In addition, if the amount owed was $4500, but you offered $9000, then the account would go into (minus) - $4500.

Also according to the law, all promissory notes are equal to all promissory notes. So Federal Reserve notes are of equal value to the notes / promissory notes / securities that the holder creates.

Therefore, whenever one uses their credit card and signs the receipt, thats the note that was just produced that has the same value in law as Federal Reserve notes.

When one is making such a transaction, what is occurring is that the bank is digitally exchanging your brand of promissory notes / securities that you have created, with Federal Reserve Notes. Then the positive value of these Federal Reserve Notes is credited to your account all digitally and simultaneously.

If you look through a lot of your receipts, you'll see all these strings of numbers and letters. Those are all the different exchanges and swaps that are occurring, using that promissory note that was created.

In your statement at the end of the month, what you're going to see is a series of security deposits. And that's why the bill or bill of exchange that you're receiving at the end of the month is actually a positive value.

**EXHIBIT A2**                                                                9 of 25

# WHAT IS MONEY?

People think that Federal Reserve notes are money, and this is not true.

The US Constitution is very clear about what money is supposed to be.

> *In Article 1, Section 10 of the US Constitution, it states:*
> Money: No State Shall… make any Thing but gold and silver Coin a Tender in
> Payment of Debts.
>
> Blacks Law 4th Edition definition of money
> In usual and ordinary acceptation it means gold, silver, or paper money used as
> circulating medium of exchange, And does not embrace notes, bonds, evidences
> of debt, or other persona or real estate.

The US Constitution is very clear that gold and silver coins are the definition of the word money.
In Black's Law Dictionary, the same is stated, with the exception of paper money that is directly
and exactly connected with gold and silver coins in order to be considered money, which we
know, is not the case with Federal Reserve Notes.

# CURRENCY

The definition of currency is whatever you name it.

For example, video games have currency, you earn digital coins, which can then be used to buy
products or services via the video game company.

Bottle caps can be used as currency. Anything can be used as currency, as long as its something
that circulating and gives one the ability to exchange.

When one is manufacturing currency, which occurs when one uses their credit card, then the
bank is exchanging that currency for Federal Reserve notes and then depositing Federal Reserve
notes into your account.

And for the avoidance of doubt, the word Federal Reserve Note, the word Securities, and the
words Instrument, all mean the same thing. It's an overly complicated system that seems to be
geared toward confusing the layman.

By these definitions, whenever you deposit Federal Reserve notes into your bank account, now
you can write a check or order to transfer X amount of notes from that account to another
account.

Another word for Check is "Draft" in the legal and banking worlds. Based upon these laws stated above and below, now you can write a draft or a check based off of the positive value of all of the securities that you have deposited in your credit card account. You're going to treat the credit card account like it is a bank account with positive balance from deposited securities.

Doing anything else, per these laws, is actually failing to perform the contract.

Due to this process, all the payments I have sent thus far were Overpayments, not used for the purpose it was intended for, and therefore all Federal Reserve Notes that I have submitted to Petal Card, Inc. Must be returned immediately as a part of this suit.


FEDERAL RESERVE ACT OF 1913

In the section below under Federal Reserve Act of 1913, I have included a simplification of the laws and policies at hand in **BOLD**. All regular case writing below is the actual language within the Federal Reserve Act of 1913.


*The Federal Reserve Act of 1913, Section 16 lays out "Note Issues"*

*2. Application for notes by Federal Reserve banks*

*Any Federal Reserve bank may make application to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require.* **(any bank can request an exchange for federal reserve notes)** *Such application shall be accompanied with a tender to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such application* **(any application for federal reserve notes, as long as that application is given with some kind of collateral security, like a Vem Miller note, a promise that I created, I can exchange that note, always approved, as long as there is some sort of note or draft bill of exchange that is being offered with the exchange. There is no denial. It's always accepted)**. *The collateral security thus offered shall be notes, drafts, bills of exchange, or acceptances acquired under section 10A, 10B, 13, or 13A of this Act, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of section 14 of this Act, or bankers' acceptances purchased under the provisions of said section 14, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under section 14 of this Act or any other asset of a Federal reserve bank. In no event shall such collateral security be less than the amount of Federal Reserve notes applied for. The Federal Reserve agent shall each day notify the Board of Governors of the Federal Reserve System of all issues*

*and withdrawals of Federal Reserve notes to and by the Federal Reserve bank to which he is accredited. The said Board of Governors of the Federal Reserve System may at any time call upon a Federal Reserve bank for additional security to protect the Federal Reserve notes issued to it. Collateral shall not be required for Federal Reserve notes which are held in the vaults of, or are otherwise held by or on behalf of, Federal Reserve banks.*

*[12 USC 412. As amended by the acts of Sept. 7, 1916 (39 Stat. 754); June 21, 1917 (40 Stat. 236); Feb. 27, 1932 (47 Stat. 57); Feb. 3, 1933 (47 Stat. 794); Jan. 30, 1934 (48 Stat. 338); March 6, 1934 (48 Stat. 991); June 30, 1941 (55 Stat. 395); May 25, 1943 (57 Stat. 85); June 12, 1945 (59 Stat. 237); June 19, 1968 (82 Stat. 189); Nov. 10, 1978 (92 Stat. 3672); March 31, 1980 (94 Stat. 140); Dec. 6, 1999 (113 Stat. 1638); and Oct. 28, 2003 (117 Stat. 1193).]*

*As stated above, there is no such thing as denial when one is exchanging negotiable instruments / securities / currency for Federal Reserve Notes. It's always accepted.*

## ENDORSEMENT (Aka INDORSEMENT)

The original term from the Bill of Exchange Act is indorsement with an i.

*In Black's Law Dictionary, it says
here the act of payee draw year combination endorser or holder of a bill note check or other negotiable instrument in writing his name upon the back of the same with or without further or qualifying words whereby the property in the same is assigned and transferred to another.*

In short, it's a transfer order.

There's a variety of different types of endorsement. There's an accommodation endorsement, a blank endorsement, a conditional endorsement, a full endorsement.

The most common endorsement that nearly everyone walking this planet is doing all the time, is a Blank Endorsement or Indorsement.

*Blacks Law Dictionary 4th edition, definition of:
Blank indorsement*

*One made by the mere writing of the indorser's name on the back of the note or bill, without mention of the name of any person in whose favor the indorsement is made, but*

*with the implied understanding that any lawful holder may fill in his own name above the endorsement if he so chooses.*

A Blank Endorsement is essentially a blank check. When you endorse, you're essentially saying that you are releasing that currency / security, in a way where its just Cash.

Anyone who wants to grab this Blank Endorsement and put their name on it, can deposit it. When one is doing this, you're basically donating or releasing that instrument Unconditionally.

The bank then takes that instrument instantaneously, and does a different type of endorsement in order to become the Holder, or Holder in Due Course, of that security / currency. In this process, a promissory note is turned into a check, and it is done with the term "Without Recourse".

## WITHOUT RECOURSE

*Without recourse (Definition)*
*A phrase meaning that one party has no legal claim against another party. It is often used in two contexts: 1. In litigation, something without recourse against another party cannot sue that party, or at least cannot obtain adequate relief even if a lawsuit moves forward.*

Without recourse means that one party has no legal claim against another party. So the bank is seizing the negotiable instrument / security / currency, is then giving themselves legal immunity.

Once the bank is in control of the negotiable instrument, they then exchange it for Federal Reserve Notes. In this process, it's being completely transferred into an entirely different type of security. That's what without recourse means.

Next, the Federal Reserve is going to send them a check for the full value of this promissory note. And on that check, where the Federal Reserve takes full control of the security, it's going to say "pay to the order of" and it's going to say the banks name there, and this is done via full endorsement. A full endorsement is one by which the endorser orders the money to be paid to some particular person by name.

When you endorse the instrument, you never said who it's supposed to be paid to. You signed it as a blank endorsement, which essentially is a donation, which follows none of the laws stated above.

## SUMMARY

Based upon all of the US Codes, Statures and legal Definitions, it is abundantly clear that Petal Card, Inc. has been committing fraud against i, and i have been donating Federal Reserve Notes,

Securities and Currency to them via a Blank Endorsement, without knowing that it was a donation. This is clearly fraud.

Therefore, all assumptions that all my previous documentation is under a blank endorsement is hereby fraudulent.

## FURTHER US CODES, LAWS, AND STATUTES IN SUPPORT OF MY POSITION

### § 3-104. NEGOTIABLE INSTRUMENT.

(a) Except as provided in subsections (c) and (d), "negotiable instrument" means an
unconditional promise or order to pay a fixed amount of money, with or without
interest or other charges described in the promise or order, if it:
(1) is payable to bearer or to order at the time it is issued or first comes into
possession of a holder;
(2) is payable on demand or at a definite time; and
(3) does not state any other undertaking or instruction by the person promising or
ordering payment to do any act in addition to the payment of money, but
the promise or order may contain
(i) an undertaking or power to give, maintain, or protect collateral to secure
payment,                                                                        (ii) an
authorization or power to the holder to confess judgment or realize on or dispose of
collateral, or                                                                  (iii) a
waiver of the benefit of any law intended for the advantage or protection of an
obligor.
(b) "Instrument" means a negotiable instrument.
(c) An order that meets all of the requirements of subsection (a), except paragraph
(1), and otherwise falls within the definition of "check" in subsection (f) is
a negotiable instrument and a check.
(d) A promise or order other than a check is not an instrument if, at the time it
is issued or first comes into possession of a holder, it contains a conspicuous
statement, however expressed, to the effect that the promise or order is not

*negotiable or is not an instrument governed by this Article.*

*(e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.*

*(f) "Check" means*

*(i) a draft, other than a documentary draft, payable on demand and drawn on a bank or (ii) a cashier's check or teller's check. An instrument may be a check even though it is described on its face by another term, such as "money order."*

*(g) "Cashier's check" means a draft with respect to which the drawer and drawee are the same bank or branches of the same bank. (h) "Teller's check" means a draft drawn by a bank (i) on another bank, or (ii) payable at or through a bank.*

*(i) "Traveler's check" means an instrument that (i) is payable on demand, (ii) is drawn on or payable at or through a bank, (iii) is designated by the term "traveler's check" or by a substantially similar term, and (iv) requires, as a condition to payment, a countersignature by a person whose specimen signature appears on the instrument. (j) "Certificate of deposit" means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.*

**Securities - In Black's Law Dictionary**, Securities are defined as "A negotiable or non-negotiable investment or financing instrument that can be sold and bought on the financial market. Bonds, stocks, debentures notes and options are included."

Therefore, by definition, a security is a negotiable instrument.

**Promissory Note** - Definition in Black's Law Dictionary "An unconditional promise to pay a certain amount of money to a named party or the holder of the note, or to deposit that money as such persons direct. A promissory note must be in writing and signed by

the maker of the promise."

**Promissory notes** are a common type of financial instrument in loan transactions. As the payer of such a note, it's important to know that, unless a note expressly stipulates that it is not negotiable, promissory notes are negotiable instruments that can be transferred or assigned by the original payee to a third party.

*2021 California Code*

*Commercial Code - COM*

*DIVISION 3 - NEGOTIABLE INSTRUMENTS*

*CHAPTER 6 - Discharge and Payment*

*Section 3603.*

*Universal Citation:* <u>*CA Com Code § 3603 (2021)*</u>

*(a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.*

*(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

*(c) If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, the obligation of the obligor to pay interest after the due date on the amount tendered is discharged. If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.*

*U.S.C. 13-1348*
*Whoever knowingly executes, or attempt to execute, a she or artifice—*
*(1) to defraud any person in connection with any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C 78l) or that is required to file reports under section 15(d) of the securities Exchange Act of 1934 (15 U.S.C. 78o(d) or*

*(2) to obtain, by means of false or fraudulent pretenses, representations, or promises, any money or property in connection with the purchase of any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78i) or that is required to file reports under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78o(d));*

*Shall be fined under this title, and imprisoned not more than 30 years.*


*18 U.S. Code § 661 - Within special maritime and territorial jurisdiction*
*Whoever, within the special maritime and territorial jurisdiction of the United States, takes and carries away, with intent to steal or purloin, any personal property of another shall be punished as follows:*

*If the property taken is of a value exceeding $1,000, or is taken from the person of another, by a fine under this title, or imprisonment for not more than five years, or both; in all other cases, by a fine under this title or by imprisonment not more than one year, or both.*

*If the property stolen consists of any evidence of debt, or other written instrument, the amount of money due thereon, or secured to be paid thereby and remaining unsatisfied, or which in any contingency might be collected thereon, or the value of the property the title to which is shown thereby, or the sum which might be recovered in the absence thereof, shall be the value of the property stolen.*

*18 U.S. Code § 662 - Receiving stolen property within special maritime and territorial jurisdiction*

*Whoever, within the special maritime and territorial jurisdiction of the United States, buys, receives, or conceals any money, goods, bank notes, or other thing which may be the subject of larceny, which has been feloniously taken, stolen, or embezzled, from any other person, knowing the same to have been so taken, stolen, or embezzled, shall be*

*fined under this title or imprisoned not more than three years, or both; but if the amount or value of thing so taken, stolen or embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

***18 U.S. Code § 2314 - Transportation of stolen goods, securities, moneys, fraudulent State tax stamps, or articles used in counterfeiting***
*Whoever transports, transmits, or transfers in interstate or foreign commerce any goods, wares, merchandise, securities or money, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud; or*
*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transports or causes to be transported, or induces any person or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud that person or those persons of money or property having a value of $5,000 or more; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce any falsely made, forged, altered, or counterfeited securities or tax stamps, knowing the same to have been falsely made, forged, altered, or counterfeited; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce any traveler's check bearing a forged countersignature; or*
*Whoever, with unlawful or fraudulent intent, transports in interstate or foreign commerce, any tool, implement, or thing used or fitted to be used in falsely making, forging, altering, or counterfeiting any security or tax stamps, or any part thereof; or*
*Whoever transports, transmits, or transfers in interstate or foreign commerce any veterans' memorial object, knowing the same to have been stolen, converted or taken by fraud—*
*Shall be fined under this title or imprisoned not more than ten years, or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670*

*unless the punishment under this section is greater. If the offense involves the transportation, transmission, or transfer in interstate or foreign commerce of veterans' memorial objects with a value, in the aggregate, of less than $1,000, the defendant shall be fined under this title or imprisoned not more than one year, or both.*

*This section shall not apply to any falsely made, forged, altered, counterfeited or spurious representation of an obligation or other security of the United States, or of an obligation, bond, certificate, security, treasury note, bill, promise to pay or bank note issued by any foreign government. This section also shall not apply to any falsely made, forged, altered, counterfeited, or spurious representation of any bank note or bill issued by a bank or corporation of any foreign country which is intended by the laws or usage of such country to circulate as money.*

*15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty*

*Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.*

*18 U.S. Code § 880 - Receiving the proceeds of extortion*
*A person who receives, possesses, conceals, or disposes of any money or other property which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both.*

*18 U.S. Code § 872 - Extortion by officers or employees of the United States*
*Whoever, being an officer, or employee of the United States or any department or*
*agency thereof, or representing himself to be or assuming to act as such, under color or*
*pretense of office or employment commits or attempts an act of extortion, shall be fined*
*under this title or imprisoned not more than three years, or both; but if the amount so*
*extorted or demanded does not exceed $1,000, he shall be fined under this title or*
*imprisoned not more than one year, or both.*

*18 U.S. Code § 657 - Lending, credit and insurance institutions*
*Whoever, being an officer, agent or employee of or connected in any capacity with*
*the Federal Deposit Insurance Corporation, National Credit Union Administration, any*
*Federal home loan bank, the Federal Housing Finance Agency, Farm Credit*
*Administration, Department of Housing and Urban Development, Federal Crop*
*Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home*
*Administration or successor agency, the Rural Development Administration or successor*
*agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank*
*for cooperatives or any lending, mortgage, insurance, credit or savings and loan*
*corporation or association authorized or acting under the laws of the United States or*
*any institution, other than an insured bank (as defined in section 656), the accounts of*
*which are insured by the Federal Deposit Insurance Corporation, or by the National*
*Credit Union Administration Board or any small business investment company, or any*
*community development financial institution receiving financial assistance under the*
*Riegle Community Development and Regulatory Improvement Act of 1994, and*
*whoever, being a receiver of any such institution, or agent or employee of the receiver,*
*embezzles, abstracts, purloins or willfully misapplies any moneys, funds, credits,*
*securities or other things of value belonging to such institution, or pledged or otherwise*
*intrusted to its care, shall be fined not more than $1,000,000 or imprisoned not more*
*than 30 years, or both; but if the amount or value embezzled, abstracted, purloined or*

*misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.*

## FRAUD

*18 U.S. Code § 1341 - Frauds and swindles*

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.*

Clearly, this matter falls within the legal definition of Fraud.

## HARASSMENT

*15 U.S. Code § 1692d - Harassment or abuse*

*A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without*

*limiting the general application of the foregoing, the following conduct is a violation of this section:*

*(1)The use or threat of use of violence or other criminal means to harm the physical person, reputation, or <u>property</u> of any person.*

*(2)The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.*

*A conviction under felony charges can lead up to 16 months, two or three years in California state prison, and/or a fine of up to $10,000.*

As stated above, i was harassed by Petal Card, Inc. for years, where i made unnecessary OVERPAYMENTS. All those Overpayments, due to fraud, must be returned immediately.

## INVOLUNTARY SERVITUDE

<u>*22 USC § 7102(8)*</u>

*(8) Involuntary servitude The term "involuntary servitude" includes a condition of servitude induced by means of— <u>(A) any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such condition, that person or another person would suffer serious harm or physical restraint; or (B) the abuse or threatened abuse of the legal process.</u>*

The documents from Petal Card, Inc. stated that if I did not continue to make (over) payments, then my credit would be damaged, my card would be taken, and I might face legal action. These actions by Petal Card, Inc. clearly fall under the definition of "involuntary servitude."

## PEONAGE

*42 U.S. Code § 1994 - Peonage abolished*

> *The holding of any person to service or labor under the system known as peonage is*
> *abolished and forever prohibited in any Territory or State of the United States; and all*
> *acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which*
> *have heretofore established, maintained, or enforced, or by virtue of which any attempt*
> *shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the*
> *voluntary or involuntary service or labor of any persons as peons, in liquidation of any*
> *debt or obligation, or otherwise, are declared null and void.*
> *Peonage is forcing someone to pay off a debt through work or services.*
> *Punishment can include any term of years up to life in prison. Those who*
> *obstruct or attempt to obstruct enforcement of this law face the same penalties*
> *as the principal offender.*

This matter, as describe by the law above, is clearly Peonage. i was made to pay a "debt", which was indeed not a debt, while threatened with "legal" consequences, damaging my credit, and taking away my credit card, if if i did not continue to make overpayments.

## PURLOINING

To Purloin is to To steal; to commit larceny or theft.

What is the difference between purloin and steal? "Purloining" may imply a more calculated or secretive act of taking something, whereas "stealing" can be used in a broader range of contexts and may not carry the same connotations of stealth or deception. Steal - take away someone else's belongings wrongfully.

What Petal Card, Inc. did clearly falls within the definition of Purloining. They committed fraud in order to steal money from i.

## OBTAINING PROPERTY BY FALSE PRETENSES

*Under California Penal Code §532, anyone who provides false statements, withholds*
*important information, or makes promises they don't intend to keep to another person in*

*order to obtain property is guilty of theft by false pretense. This can happen in many different ways but each crime has the same parts.*

## USE OF TRADE NAME PROTECTED MATERIAL UNDER THREAT, DURESS, AND / OR COERCION

Trademark infringement is defined as the unauthorized use of a trademark or service mark. This use can be in connection with goods or services and may lead to confusion, deception, or a misunderstanding about the actual company a product or service came from.

## TRESPASS BY CORPORATION(S) AND OTHER FICTIONAL ENTITIES AS WELL AS ALL OTHER WHO DESIRE TO CONTRACT

*Trespassing upon Business Premises Prohibited.*

*A.    No person, without permission, express or implied, of the owner, the owner's agent, or the person in lawful possession of business premises, shall enter upon such business premises after having been notified by the owner, the owner's agent, or the person in lawful possession thereof, to keep off or keep away therefrom, subject to the exceptions stated in this section.*

*B.    No person shall remain upon any business premises after being notified by the owner, the owner's agent, or the person in lawful possession thereof to remove therefrom, subject to the exceptions stated in this section. Such revocation or withdrawal of permission to enter or to remain on business premises shall be in effect for a period of 24 hours after the owner, the owner's agent, or the person in lawful possession has given notice to remove therefrom.*

*C.    Notice. This section shall not be operative unless the owner, the owner's agent, or the person in lawful possession of the business premises gives adequate notice to the person who is directed to leave. Such notice shall be given both verbally and in writing. The content of the notice shall be substantially as follows:*

*"I am the person in lawful possession (or agent thereof) of these premises. I demand that you leave these premises immediately and that you do not return for at least 24 hours. If you do not leave immediately or if you leave and return within 24 hours you will be trespassing, which is a violation of Section 9.35.010 of the Orange Municipal Code. You will be subject to arrest and prosecution."*

*The written notice shall be typewritten on white paper which shall be at least 8-1/2" by 5-1/2" in size. The written notice shall be delivered to the person to whom the demand to leave is made.*

*D.   Exceptions. This section shall not apply when the person accused of violation of this section establishes that any of the following circumstances apply to his or her conduct:*

*1.   Where its application results in or is coupled with an act prohibited by the Unruh Civil Rights Act or any other provision of law relating to prohibiting discrimination against any person on account of sex, color, race, religion, creed, ancestry or national origin.*

*2.   Where its application results in or is coupled with an act prohibited by Section 365 of the California Penal Code or any other provision of law relating to duties of innkeepers      and common carriers.*

*3.   Where its application would result in an interference with or inhibition of peaceful labor picketing or other lawful labor activities.*

*4.   Where its application would result in an interference with or inhibition of any other exercise of a constitutionally protected right of freedom of speech such as, but not limited to, peaceful expressions of political or religious opinions, not involving offensive personal conduct.*

*5.   Where the person who is on the business premises is there under claim or color of legal right. This exception is applicable, but not limited to, the following types of situations involving disputes wherein the participants have available to them practical and      effective civil remedies: disputes regarding title to or rights in real property; landlord-                    tenant disputes; employer-employee disputes; business-type disputes such as those                 between partners; debtor-creditor disputes; and instances wherein the person claims rights    to be present pursuant to order, decree or process of a court.*

*D.   Business Premises. The term "business premises" as used in this section shall refer to those portions of private property which are open to the general public for the benefit of the commercial or professional activities conducted thereon; excluding therefrom any property the use of which is primarily for single-family or multiple-family residential purposes or apartments, hotels, motels, and similar uses.*

*E.   Enforcement. Enforcement of this section may be accomplished by: (1) the owner, the owner's agent, or the person in lawful possession of the business premises, under the provisions of California Penal Code Section 847 (arrest by private person); or (2) by a*

*peace officer at the scene in accordance with policies and procedures of the Orange Police Department or in such other manner as the Chief of Police may direct. (Ord. 42-84)*

# EXHIBIT A3

EXHIBIT A3

Addressed to: Petal
P.O. Box 1150
New York, NY 10008-1150
From: Vem Yenovkian JR
**(310) 497-0650**
vem5555@gmail.com
341 North Montebello Boulevard Montebello, CA 90640

**Petal Card #: 4189 4099 3007 2671**
**Expiration date: 09/26**
**Security 334**

December 3, 2023

**Thank you very much for sending me this balance statement of the
Positive balance of all the securities I that have manufactured over the
past month**

**I order you please transfer the positive value of all these securities to the
account for the principle to zero out the account and to use the value of all
those positive instruments as value to the account.  The Total I order
transferred is $3,641.70**

Signed,

Vem Ye

# EXHIBIT A4

EXHIBIT A4

