**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEM YENOVKIAN, | Case No.: 2:24-cv-00026-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| PETAL CARD, INC., | |
| Defendant | |

I ORDER that plaintiff Vem Yenovkian's certificate of interested parties (ECF No. 15) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Yenovkian's citizenship as required by that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 10, 2024.

DATED this 26th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE