**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEM YENOVKIAN, | Case No.: 2:24-cv-00026-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| PETAL CARD, INC., | |
| Defendant | |

I previously struck plaintiff Vem Yenovkian's certificate of interested parties (ECF No. 15) for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2) because it did not identify Yenovkian's citizenship as required by that rule. ECF No. 16. In response, Yenovkian filed another certificate in which he identified himself as a United States citizen. ECF No. 17. However, Yenovkian must identify his State of citizenship.

I THEREFORE ORDER that plaintiff's certificate of interested parties (ECF No. 17) is STRICKEN.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by July 29, 2024.

DATED this 16th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE