**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VEM YENOVKIAN, | Case No.: 2:24-cv-00026-APG-MDC |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| PETAL CARD, INC., | [ECF No. 21] |
| Defendant | |

On December 16, 2024, Magistrate Judge Couvillier recommended that I dismiss this case without prejudice because plaintiff Vem Yenovkian did not provide proof of service by the given deadline. ECF No. 21. Yenovkian did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 21) is accepted** and plaintiff Vem Yenovkian's complaint **(ECF No. 11) is dismissed without prejudice** for failure to timely serve the defendant. The clerk of court is instructed to close this case.

DATED this 7th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE